IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEIVA-TUT, Alvaro,                               :
                                                 :
                        *Petitioner,*            :
                                                 :
        v.                                       :    Case No. 2:26-cv-4734
                                                 :
J.L. JAMISON, *et al.*                           :
                                                 :
                        *Respondents.*           :

**STIPULATION AND ORDER**

Petitioner filed this action for a writ of habeas corpus on July 7, 2026 (ECF.

No. 1). To expeditiously resolve this matter, the parties hereby stipulate and agree

to waive a hearing and oral argument and respectfully request that the Court

decide the petition on the papers at the Court's earliest convenience.

Dated:  July 8, 2026                    So stipulated and respectfully submitted,

                                        DAVID METCALF
                                        United States Attorney

*/s/ Ariel Shappel, Esq.*               */s/ Lauren DeBruicker*
ARIEL SHAPELL, ESQ.                     LAUREN DeBRUICKER
AMERICAN CIVIL LIBERTIES                Assistant United States Attorney
UNION OF PENNSYLVANIA                   Eastern District of Pennsylvania
P.O. Box 60173                          615 Chestnut Street, Suite 1250
Philadelphia, PA 19102                  Philadelphia, PA 19106
Phone: (215) 592-1513                   Phone:  (215) 861-8492
Email: ashapell@aclupa.org              Email:  Lauren.DeBruicker@usdoj.gov

*Counsel for Petitioner*                *Counsel for Respondents*

        AND NOW, upon consideration of the parties' stipulation, it is hereby

ORDERED that the petition for a writ of habeas corpus will be decided on the

1

papers and without a hearing or oral argument. The hearing scheduled for July 13, 2026 (*see* ECF No. 4) is hereby cancelled.

BY THE COURT

Dated: 07/08/2026

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.

2